J. GARY GWILLIAM, Esq. (State Bar No. 33430)
RANDALL E. STRAUSS, Esq. (State Bar No. 168363)
ROBERT J. SCHWARTZ, Esq. (State Bar No. 254778)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
e-mail: ggwilliam@giccb.com

Attorney for Plaintiff
DELINA FERRETTI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELINA FERRETTI,<br><br>    Plaintiff,<br><br>vs.<br><br>PFIZER, INC.<br><br>    Defendants. | Case No.: CV11-004486 PSG (LHKx)<br><br>**JOINT STIPULATION TO EXTEND THE TIMES BY WHICH PLAINTIFF TO RESPOND AND DEFENDANT TO REPLY TO DEFENDANT PFIZER'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) AND MOTION TO STRIKE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f)**<br><br>DATE: March 1, 2012<br>TIME: 1:30 P.M.<br>DEPT: Courtroom 8<br><br>Complaint Filed: September 9, 2011 |

WHEREAS, defendant PFIZER INC filed and served its Motion to Dismiss pursuant to Federal Rules of Civil Procedures 12(b)(6) and Motion to Strike pursuant to Federal Rules of Civil Procedure 12(f) on November 9, 2011 with a hearing date on March 1, 2012 and responses due on November 23, 2011 and replies due on November 30, 2011.

WHEREAS, the parties met and conferred regarding the response and reply pleading dates and the schedules of counsel.

IT IS STIPULATED AND AGREED: that Plaintiff has until December 7, 2011 by which to file a responsive pleading. Defendants have until December 28, 2011 by which to file a reply.

**IT IS SO STIPULATED.**

Dated: November 14, 2011

GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

By: _____
RANDALL E. STRAUSS (SBN 168363)
Attorneys for Plaintiff
DELINA FERRETTI

Dated: November 16, 2011

JACKSON LEWIS LLP

By: _____
Samantha Hoffman (SBN 212135)
Attorneys for Defendant
PFIZER, INC.

126245 v1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DELINA FERRETTI,

        Plaintiff,

vs.

PFIZER, INC.

        Defendants.

Case No.: CV11-004486 PSG (LHKx)

**ORDER ON JOINT STIPULATION TO EXTEND THE TIMES BY WHICH PLAINTIFF TO RESPOND AND DEFENDANT TO REPLY TO DEFENDANT PFIZER'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) AND MOTION TO STRIKE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f)**

Upon stipulation between the Parties, IT IS HEREBY ORDERED: That Plaintiff's time to respond to defendants motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) and motion to strike pursuant to Federal Rule of Civil Procedure 12(f) is extended from November 23, 2011 to December 7, 2011. That Defendant's time to reply is extended from November 30, 2011 to December 28, 2011.

DATE: November 22, 2011

*Lucy H. Koh*

THE HONORABLE LUCY KOH

126246V1