

1  J. GARY GWILLIAM, Esq. (State Bar No. 33430)
   RANDALL E. STRAUSS, Esq. (State Bar No. 168363)
2  ROBERT J. SCHWARTZ, Esq. (State Bar No. 254778)
   GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
3  1999 Harrison Street, Suite 1600
   Oakland, CA 94612-3528
4  Telephone: (510) 832-5411
   Facsimile: (510) 832-1918
5  e-mail: ggwilliam@giccb.com

6

7  Attorney for Plaintiff
   DELINA FERRETTI

8

9

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13  DELINA FERRETTI,                    Case No.: CV11-004486 PSG (LHK)

14          Plaintiff,                  **JOINT STIPULATION TO EXTEND THE
                                        TIMES BY WHICH PLAINTIFF TO
15  vs.                                 RESPOND AND DEFENDANT TO
                                        REPLY TO DEFENDANT PFIZER INC'S
16  PFIZER, INC.                        MOTION TO DISMISS PURSUANT TO
                                        FEDERAL RULES OF CIVIL
17          Defendants.                 PROCEDURE 12(b)(6)**

18                                      **DATE:  August 9, 2012
                                        TIME: 1:30 P.M.
19                                      DEPT:  Courtroom 8**

20                                      **Complaint Filed: September 9, 2011**

21                                        **Order Granting Stipulation**

22  _____/

23

24       WHEREAS, defendant PFIZER INC ("Defendant") filed and served its Motion to Dismiss

25  pursuant to Federal Rules of Civil Procedures 12(b)(6) on April 5, 2012 with a hearing date on

26  August 9, 2012 and opposition due on April 17, 2012 and reply due on April 24, 2012.

27

28
                                        -1-
                        JOINT STIPULATION TO EXTEND TIME
                            Case No. CV11-004486 PSG

*Left margin (vertical):* GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER — ATTORNEYS AT LAW — A Professional Corporation — P.O. Box 2079, Oakland, CA 94604-2079

1    WHEREAS, the parties met and conferred regarding the opposition and reply pleading

2  dates and the schedules of counsel.

3

4    IT IS STIPULATED AND AGREED: that Plaintiff has until April 24, 2012 to file an

5  opposition to Defendant's Motion to Dismiss.  Defendant has until May 8, 2012 to file a reply.

6

7    **IT IS SO STIPULATED.**

8  Dated: April 12, 2012                     GWILLIAM, IVARY, CHIOSSO,

9                                               CAVALLI & BREWER

10

11                                         By: _____

12                                               RANDALL E. STRAUSS (SBN 168363)
                                                 Attorneys for Plaintiff
13                                               DELINA FERRETTI

14

15  Dated:  April 12, 2012                    JACKSON LEWIS LLP

16

17                                         By: __/s/ Nicole Savala_____
                                                 Samantha Hoffman (SBN 212135)
18                                               Nicole Savala (SBN 244366)

19                                               Attorneys for Defendant
                                                 PFIZER INC
20

21  129833 v1

22  Pursuant to the parties' stipulation,

23  IT IS SO ORDERED

24  Dated: April 16, 2012

25                                               Lucy H. Koh
                                                 United States District Judge
26

27

28

-2-

JOINT STIPULATION TO EXTEND TIME
Case No. CV11-004486 PSG

GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
P.O. Box 2079, Oakland, CA 94604-2079