J. GARY GWILLIAM, Esq. (State Bar No. 33430)
RANDALL E. STRAUSS, Esq. (State Bar No. 168363)
ROBERT J. SCHWARTZ, Esq. (State Bar No. 254778)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
e-mail: ggwilliam@giccb.com

Attorney for Plaintiff
DELINA FERRETTI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DELINA FERRETTI,

    Plaintiff,

vs.

PFIZER, INC.

    Defendants.

_____/

Case No.: CV11-004486 PSG (LHK)

**JOINT STIPULATION TO EXTEND THE TIMES BY WHICH PLAINTIFF TO RESPOND AND DEFENDANT TO REPLY TO DEFENDANT PFIZER INC'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6)**

DATE: August 9, 2012
TIME: 1:30 P.M.
DEPT: Courtroom 8

**Complaint Filed: September 9, 2011**

    **Order Granting Stipulation**

    WHEREAS, defendant PFIZER INC ("Defendant") filed and served its Motion to Dismiss pursuant to Federal Rules of Civil Procedures 12(b)(6) on April 5, 2012 with a hearing date on August 9, 2012 and opposition due on April 17, 2012 and reply due on April 24, 2012.

WHEREAS, the parties met and conferred regarding the opposition and reply pleading dates and the schedules of counsel.

IT IS STIPULATED AND AGREED: that Plaintiff has until April 24, 2012 to file an opposition to Defendant's Motion to Dismiss. Defendant has until May 8, 2012 to file a reply.

**IT IS SO STIPULATED.**

Dated: April 12, 2012

GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

By: /s/ Randall E. Strauss
RANDALL E. STRAUSS (SBN 168363)
Attorneys for Plaintiff
DELINA FERRETTI

Dated: April 12, 2012

JACKSON LEWIS LLP

By: /s/ Nicole Savala
Samantha Hoffman (SBN 212135)
Nicole Savala (SBN 244366)

Attorneys for Defendant
PFIZER INC

129833 v1

Pursuant to the parties' stipulation,

IT IS SO ORDERED

Dated: April 16, 2012

/s/ Lucy H. Koh
Lucy H. Koh
United States District Judge