UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELINA FERRETTI, | Case No.: 11-CV-04486 |
| Plaintiff, | |
| v. | ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS |
| PFIZER INC., | |
| Defendant. | |

Pursuant to Civil Local Rule 7–1(b), the Court finds Defendant Pfizer Inc.'s Motion to Dismiss Plaintiff Delina Ferritti's First Amended Complaint (ECF No. 32) appropriate for determination without oral argument. Accordingly, the hearing on the motion set for August 9, 2012, is hereby VACATED. The case management conference remains as set on August 9, 2012 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: August 7, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge