1  J. GARY GWILLIAM (SBN 33430)
   RANDALL E. STRAUSS (SBN 168363)
2  ROBERT J. SCHWARTZ (SBN 254778)
   Gwilliam, Ivary, Chiosso, Cavalli & Brewer
3  1999 Harrison St. Ste. 1600
   Oakland, CA 94612
4  Telephone: 510-832-5411
   Facsimile: 510-832-1918
5  Email: ggwilliam@giccb.com

6

7  Attorneys for Plaintiff

8

9

10                  UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13  DELINA FERRETTI,                    )  Case No.: 11-cv-04486-LHK
                                        )
14              Plaintiff,              )  [PROPOSED] ORDER GRANTING
                                        )  STIPULATION TO DISMISS
15      vs.                             )  PLAINTIFF'S BREACH OF CONTRACT
                                        )  CLAIM
16  PFIZER INC.,                        )
                                        )
17              Defendant.              )
                                        )
18                                      )
                                        )
19                                      )

20

21

22

23

24

25

26

27

28

1    On the parties' Stipulation to Dismiss Plaintiff's Breach of Contract Claim, attached

2  hereto as Exhibit A, and good cause appearing therefore,

3    IT IS HEREBY ORDERED that the stipulation is APPROVED.  Plaintiff's fourth cause

4  of action for breach of express or implied contract is voluntarily dismissed with prejudice.

5

6  DATED: October 11, 2012

7

8                                                                        _____
                                                                         Lucy H. Koh
9                                                                        United States District Judge

10   #134580v1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS BREACH OF CONTRACT CLAIM
*Ferretti v. Pfizer Inc.*, Case No. 11-cv-04486-LHK
- 2 -

# EXHIBIT A

1   J. GARY GWILLIAM (SBN 33430)
    RANDALL E. STRAUSS (SBN 168363)
2   ROBERT J. SCHWARTZ (SBN 254778)
    Gwilliam, Ivary, Chiosso, Cavalli & Brewer
3   1999 Harrison St. Ste. 1600
    Oakland, CA 94612
4   Telephone: 510-832-5411
    Facsimile: 510-832-1918
5   Email: ggwilliam@giccb.com

6

7   Attorneys for Plaintiff

8

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13  DELINA FERRETTI,                    )   Case No.: 11-cv-04486-LHK
                                        )
14              Plaintiff,              )   **STIPULATION TO DISMISS
                                        )   PLAINTIFF'S BREACH OF CONTRACT
15         vs.                          )   CLAIM**
                                        )
16  PFIZER INC.,                        )
                                        )
17              Defendant.              )
                                        )
18                                      )
                                        )
19                                      )

20

21

22

23

24

25

26

27

28
                               EXHIBIT ___A___

---

1    IT IS HEREBY STIPULATED, by and between the parties hereto through their

2 respective attorneys of record, that plaintiff Delina Ferretti's fourth cause of action for breach of

3 express or implied contract is voluntarily dismissed with prejudice.

4

5 DATED:  October 9, 2012

6                                                    GWILLIAM, IVARY, CHIOSSO,
                                                     CAVALLI & BREWER

7

8                                                    By:    /s/ Randall E. Strauss
                                                            RANDALL E. STRAUSS
9                                                           Attorneys for Plaintiff

10

11 DATED:
                                                     JACKSON LEWIS LLP
12

13                                                   By:    /s/ Samantha N. Hoffman
                                                            SAMANTHA N. HOFFMAN
14                                                          Attorneys for Defendant

15
   #134578v1
16

17

18

19

20

21

22

23

24

25

26

27

28