UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELINA FERRETTI, ) | Case No.: 11-CV-04486 |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING STIPULATION TO |
| v. ) | EXTEND THE TIME FOR EXPERT |
| ) | DISCOVERY |
| PFIZER INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

1  On the parties' Stipulation to Extend the Time for Expert Discovery, attached hereto as Exhibit A, and good cause appearing therefore,

IT IS HEREBY ORDERED that the stipulation is APPROVED. The expert discovery deadlines, including reports, rebuttals and cut-off, will be extended to the following:

| | |
|---|---|
| Expert reports: | November 26, 2012 |
| Rebuttal reports: | December 10, 2012 |
| Close of expert discovery: | December 21, 2012 |

The rest of the case schedule remains as set, including the November 29, 2012 deadline for filing dispositive motions.

**IT IS SO ORDERED.**

Dated: October 11, 2012

LUCY H. KOH
United States District Judge

# EXHIBIT A

| | |
|---|---|
| 1 | Samantha N. Hoffman (SBN 212135) |
|   | hoffmans@jacksonlewis.com |
| 2 | Nicole M. Shaffer, Esq. (SBN 244366) |
|   | nicole.shaffer@jacksonlewis.com |
| 3 | JACKSON LEWIS, LLP |
|   | 5000 Birch Street, Suite 5000 |
| 4 | Newport Beach, CA 92660 |
|   | Tel:  (949) 885-1360 |
| 5 | Fax: (949) 885-1380 |
| 6 | Attorneys for Defendant(s) |
|   | PFIZER INC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DELINA FERRETTI, | ) | CASE NO.: CV11-004486 PSG |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | JOINT STIPULATION TO EXTEND |
| vs. | ) | THE TIME FOR EXPERT |
|  | ) | DISCOVERY |
| PFIZER INC, | ) | |
|  | ) | |
| Defendants. | ) | Complaint Filed:  September 9, 2011 |
|  | ) | FAC Filed:         March 22, 2012 |

WHEREAS, on August 9, 2012, a case management conference was held.

WHEREAS, at the conference, the Court ordered Opening Expert Reports on October 22, 2012; Rebuttal Expert Reports on November 5, 2012; and the Close of Expert Discovery on November 19, 2012.

WHEREAS, in or around early September 2012, Plaintiff agreed to submit to an Independent Medical Evaluation by Defendant's expert witness;

///

///

EXHIBIT __A__

---

Case No. CV11-004486 PSG         1         **STIPULATION TO EXTEND TIME FOR EXPERT DISCOVERY**

1     WHEREAS, due to scheduling conflicts, Defendant's expert witness has been
2 unable to conduct the IME and it is likely the IME will not proceed until approximately
3 mid October;

4     WHEREAS, extending the expert deadlines will not impact any additional
5 deadlines set by the Court;

6     IT IS HEREBY STIPULATED AND AGREED: That the expert discovery
7 deadlines, including reports, rebuttals and cut-off, will be extended to the following:

8     Expert reports:     November 26, 2012
9     Rebuttal reports:     December 10, 2012
10     Close of expert discovery:     December 21, 2012

12 **IT IS SO STIPULATED.**

14 Dated:     GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

By: /s/ Randall E. Strauss
    Gary Gwilliam
    Randall E. Strauss
    Robert Schwartz

Attorneys for Plaintiff
DELINA FERRETTI

21 Dated:     JACKSON LEWIS LLP

By: /s/ Samantha N. Hoffman
    Samantha N. Hoffman
    Nicole M. Shaffer

Attorneys for Defendant PFIZER INC

---

Case No. CV11-004486 PSG     2     **STIPULATION TO EXTEND TIME FOR EXPERT DISCOVERY**