1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                             NORTHERN DISTRICT OF CALIFORNIA
10                                     SAN JOSE DIVISION

| | |
|---|---|
| DELINA FERRETTI, ) | Case No.: 11-CV-04486 |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING STIPULATION TO |
| v. ) | EXTEND THE TIME FOR EXPERT |
| ) | DISCOVERY |
| PFIZER INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

1    On the parties' Stipulation to Extend the Time for Expert Discovery, attached hereto as
2 Exhibit A, and good cause appearing therefore,
3    IT IS HEREBY ORDERED that the stipulation is APPROVED.  The expert discovery
4 deadlines, including reports, rebuttals and cut-off, will be extended to the following:
5    Expert reports:                                November 26, 2012
6    Rebuttal reports:                              December 10, 2012
7    Close of expert discovery:                     December 21, 2012
8    The rest of the case schedule remains as set, including the November 29, 2012 deadline for
9 filing dispositive motions.

**IT IS SO ORDERED.**

Dated: October 11, 2012

_____
LUCY H. KOH
United States District Judge

# EXHIBIT A

| | |
|---|---|
| 1 | Samantha N. Hoffman (SBN 212135) |
|   | hoffmans@jacksonlewis.com |
| 2 | Nicole M. Shaffer, Esq. (SBN 244366) |
|   | nicole.shaffer@jacksonlewis.com |
| 3 | JACKSON LEWIS, LLP |
|   | 5000 Birch Street, Suite 5000 |
| 4 | Newport Beach, CA 92660 |
|   | Tel:  (949) 885-1360 |
| 5 | Fax: (949) 885-1380 |
| 6 | Attorneys for Defendant(s) |
|   | PFIZER INC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DELINA FERRETTI, | ) CASE NO.: CV11-004486 PSG |
| Plaintiff, | ) |
| vs. | ) JOINT STIPULATION TO EXTEND |
|   | ) THE TIME FOR EXPERT |
| PFIZER INC, | ) DISCOVERY |
| Defendants. | ) |
|   | ) Complaint Filed: September 9, 2011 |
|   | ) FAC Filed:       March 22, 2012 |

WHEREAS, on August 9, 2012, a case management conference was held.

WHEREAS, at the conference, the Court ordered Opening Expert Reports on October 22, 2012; Rebuttal Expert Reports on November 5, 2012; and the Close of Expert Discovery on November 19, 2012.

WHEREAS, in or around early September 2012, Plaintiff agreed to submit to an Independent Medical Evaluation by Defendant's expert witness;

///

///

EXHIBIT ___A___

---

Case No. CV11-004486 PSG          1          **STIPULATION TO EXTEND TIME FOR EXPERT DISCOVERY**

WHEREAS, due to scheduling conflicts, Defendant's expert witness has been unable to conduct the IME and it is likely the IME will not proceed until approximately mid October;

WHEREAS, extending the expert deadlines will not impact any additional deadlines set by the Court;

IT IS HEREBY STIPULATED AND AGREED: That the expert discovery deadlines, including reports, rebuttals and cut-off, will be extended to the following:

| | |
|---|---|
| Expert reports: | November 26, 2012 |
| Rebuttal reports: | December 10, 2012 |
| Close of expert discovery: | December 21, 2012 |

**IT IS SO STIPULATED.**

Dated:

GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

By: /s/ Randall E. Strauss
    Gary Gwilliam
    Randall E. Strauss
    Robert Schwartz

Attorneys for Plaintiff
DELINA FERRETTI

Dated:

JACKSON LEWIS LLP

By: /s/ Samantha N. Hoffman
    Samantha N. Hoffman
    Nicole M. Shaffer

Attorneys for Defendant PFIZER INC