UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELINA FERRETTI,<br><br>                Plaintiff,<br><br>   v.<br><br>PFIZER INC.,<br><br>                Defendant. | Case No.: 11-CV-04486<br><br>ORDER DENYING STIPULATION TO EXTEND THE TIME FOR EXPERT DISCOVERY AND LIMITED FACT DISCOVERY |

The parties have filed a Joint Stipulation to Extend the Time for Expert Discovery and Limited Fact Discovery ("Stipulation"). ECF No. 58. In the Stipulation, the parties request that the Court stay "the expert discovery deadlines, including reports, rebuttals and cut-off… pending issues to be discussed at the upcoming November 28, 2012 status conference." *Id.* at 3. The issues the parties wish to discuss relate to Plaintiff's recent surgery, Plaintiff's inability to participate in an independent medical examination, and Defendant's desire to conduct additional discovery relating to Plaintiff's recent medical issues. *Id.* at 2-3. The parties' request for a stay is DENIED. However, the Court will address the issues relating to the expert discovery deadlines at the Case Management Conference on November 28, 2012.

**IT IS SO ORDERED.**

Dated: November 27, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-04486
ORDER DENYING STIPULATION TO EXTEND THE TIME FOR EXPERT DISCOVERY AND LIMITED FACT DISCOVERY