1  J. GARY GWILLIAM (SBN 33430)
2  RANDALL E. STRAUSS (SBN 168363)
   ROBERT J. SCHWARTZ (SBN 254778)
3  Gwilliam, Ivary, Chiosso, Cavalli & Brewer
   1999 Harrison St. Ste. 1600
   Oakland, CA 94612
4  Telephone: 510-832-5411
   Facsimile: 510-832-1918
5  Email: ggwilliam@giccb.com

6

7  Attorneys for Plaintiff

8

9

10                UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13  DELINA FERRETTI,                    )  Case No.: 11-cv-04486-LHK
                                        )
14             Plaintiff,               )  **REQUEST TO APPEAR**
                                        )  **TELEPHONICALLY AT CASE**
15       vs.                            )  **MANAGEMENT CONFERENCE AND**
                                        )  **ORDER**
16  PFIZER INC.,                        )
                                        )  **Date: November 28, 2012**
17             Defendant.               )  **Time: 2:00 p.m.**
                                        )  **Dept: Courtroom 8, 4th Floor**
18                                      )  **Judge: Hon. Lucy H. Koh**
                                        )
19                                      )

20       Plaintiff's counsel in the above-entitled action respectfully submits this Request to

21  Appear Telephonically at the Case Management Conference scheduled for Wednesday,

22  November 28, 2012 at 2:00 p.m.

23  Dated:  November 26, 2012          GWILLIAM, IVARY, CHIOSSO,
                                        CAVALLI & BREWER
24

25

26                                      By: _____

27                                          ROBERT J. SCHWARTZ
                                            Attorneys for Plaintiff
28  / / /

**PLAINTIFF'S REQUEST IS APPROVED AND IT IS SO ORDERED:**
Counsel is to arrange telephonic appearance through CourtCall.

DATED: _____11/27/12_____

_Lucy H. Koh_
_____
LUCY H. KOH
United States District Judge

135367 V1