```
1  J. GARY GWILLIAM (SBN 33430)
   RANDALL E. STRAUSS (SBN 168363)
2  ROBERT J. SCHWARTZ (SBN 254778)
   Gwilliam, Ivary, Chiosso, Cavalli & Brewer
3  1999 Harrison St. Ste. 1600
   Oakland, CA 94612
4  Telephone: 510-832-5411
   Facsimile: 510-832-1918
5  Email: ggwilliam@giccb.com

6

7  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELINA FERRETTI,<br><br>           Plaintiff,<br><br>vs.<br><br>PFIZER INC.,<br><br>           Defendant. | Case No.: 11-cv-04486-LHK<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Date: November 28, 2012<br>Time: 2:00 p.m.<br>Dept: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

Plaintiff's counsel in the above-entitled action respectfully submits this Request to Appear Telephonically at the Case Management Conference scheduled for Wednesday, November 28, 2012 at 2:00 p.m.

Dated:  November 26, 2012                    GWILLIAM, IVARY, CHIOSSO,
                                              CAVALLI & BREWER


                                              By: _/s/ Robert J. Schwartz_____
                                                   ROBERT J. SCHWARTZ
                                                   Attorneys for Plaintiff

/ / /

---

PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE; ORDER
*Ferretti v. Pfizer Inc.*, Case No. 11-cv-04486-LHK
- 1 -

1 | PLAINTIFF'S REQUEST IS APPROVED AND IT IS SO ORDERED:
Counsel is to arrange telephonic appearance through CourtCall.

DATED: 11/27/12

_____
LUCY H. KOH
United States District Judge

135367 V1