UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELINA FERRETTI,<br><br>                Plaintiff,<br><br>   v.<br><br>PFIZER INC.,<br><br>                Defendant. | Case No.: 11-CV-04486<br><br>ORDER RE: FILING OF CASE MANAGEMENT STATEMENT |

A case management conference in this matter is scheduled to take place on January 10, 2013, after the hearing on Defendant Pfizer Inc.'s Motion for Summary Judgment. Pursuant to the local rules, the parties were required to file a joint case management statement by January 3, 2013. The parties have not filed a statement. The parties are hereby ORDERED to file a case management statement by January 8, 2013.

**IT IS SO ORDERED.**

Dated: January 7, 2013

_____
LUCY H. KOH
United States District Judge