**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELINA FERRETTI,<br><br>    Plaintiff,<br><br> v.<br><br>PFIZER INC.,<br><br>    Defendant. | Case No.: 11-CV-04486<br><br>ORDER VACATING MOTION HEARING AND CONFIRMING CASE MANAGEMENT CONFERENCE AS SET |

  Having read and considered the arguments presented by the parties in the papers submitted to the Court in connection with Defendant Pfizer Inc.'s Motion for Summary Judgment, the Court finds this matter appropriate for resolution without a hearing pursuant to Civil Local Rule 7–1(b). Accordingly, the hearing on the parties' Motion set for January 10, 2013 at 1:30 p.m. is VACATED. The case management conference set for the same date and time shall proceed as scheduled.

**IT IS SO ORDERED.**

Dated: January 9, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-04486
ORDER VACATING MOTION HEARING AND CONFIRMING CASE MANAGEMENT CONFERENCE AS SET