**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELINA FERRETTI,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>PFIZER INC.,<br><br>　　　　　　　Defendant. | Case No.: 11-CV-04486<br><br>ORDER DENYING ADMINISTRATIVE MOTION TO SEAL |

Plaintiff Delina Ferretti has filed an administrative motion to file her Opposition to Defendant Pfizer Inc.'s Motion for Summary Judgment and the exhibits thereto under seal. *See* ECF No. 67. Plaintiff seeks to file these documents under seal because Defendant has designated the exhibits and the information contained therein "Confidential" pursuant to the parties' protective order. *Id.* Pursuant to Northern District of California Local Rule 79-5(d), Defendant was required to file a declaration in support of Plaintiff's motion to seal within 7 days providing specific justifications for sealing each document. Defendant has not filed such a declaration. Accordingly, Plaintiff's administrative motion to seal is DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: January 10, 2013

　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge