UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELINA FERRETTI, | Case No.: 11-CV-04486 |
| Plaintiff, | |
| v. | ORDER DENYING ADMINISTRATIVE MOTION TO SEAL |
| PFIZER INC., | |
| Defendant. | |

Plaintiff Delina Ferretti has filed an administrative motion to file her Opposition to Defendant Pfizer Inc.'s Motion for Summary Judgment and the exhibits thereto under seal. *See* ECF No. 67. Plaintiff seeks to file these documents under seal because Defendant has designated the exhibits and the information contained therein "Confidential" pursuant to the parties' protective order. *Id.* Pursuant to Northern District of California Local Rule 79-5(d), Defendant was required to file a declaration in support of Plaintiff's motion to seal within 7 days providing specific justifications for sealing each document. Defendant has not filed such a declaration. Accordingly, Plaintiff's administrative motion to seal is DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: January 10, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 11-CV-04486
ORDER DENYING ADMINISTRATIVE MOTION TO SEAL