UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELINA FERRETTI, ) | Case No.: 11-CV-04486 |
| ) | |
| Plaintiff, ) | |
| ) | ORDER REGARDING FILING OF |
| v. ) | STIPULATION OF DISMISSAL |
| ) | |
| PFIZER INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parties have filed a notice stating that they have agreed upon settlement terms that will resolve the remaining claim in this matter. *See* ECF No. 77. The parties are hereby ORDERED to file a stipulation of dismissal by February 25, 2013. All deadlines, the pretrial conference, and the trial remain as set.

**IT IS SO ORDERED.**

Dated: February 11, 2013

LUCY H. KOH
United States District Judge