1  J. GARY GWILLIAM (SBN 33430)
    RANDALL E. STRAUSS (SBN 168363)
2  ROBERT J. SCHWARTZ, (SBN 254778)
    Gwilliam, Ivary, Chiosso, Cavalli & Brewer
3  1999 Harrison St. Ste. 1600
    Oakland, CA 94612
4  Telephone: 510-832-5411
    Facsimile: 510-832-1918
5  Email: ggwilliam@giccb.com, rstrauss@giccb.com,
6         rschwartz@giccb.com

7

8  Attorneys for Plaintiff

9

10

11

12                 UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14

15  DELINA FERRETTI,          )  Case No.: 11-cv-04486-LHK
                        )
16          Plaintiff,    )  **STIPULATION OF DISMISSAL;**
                        )  **[PROPOSED] ORDER**
17     vs.               )
                        )
18  PFIZER INC.,         )
                        )
19         Defendant.   )
                        )
20                        )
                        )
21                        )
                        )
22                        )

23

24

25

26

27

28

PLAINTIFF DELINA FERRETTI and DEFENDANT PFIZER INC., acting through their respective counsel of record, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1), that this action, having been settled, may be dismissed with prejudice, each side to bear its own costs and attorneys' fees.

DATED:  February 25, 2013

GWILLIAM, IVARY, CHIOSSO,
CAVALLI & BREWER


By:    /s/ Randall E. Strauss
      RANDALL E. STRAUSS
      Attorneys for Plaintiff


DATED:  February 25, 2013

JACKSON LEWIS, LLP


By:    /s/ Samantha N. Hoffman
      SAMANTHA N. HOFFMAN
      Attorneys for Defendant

1

## ORDER

2

The Court having considered the above Stipulation, and good cause appearing therefore,

3

IT IS HEREBY ORDERED that the remaining claim of PLAINTIFF DELINA FERRETTI is

4

DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

5

6

*Lucy H. Koh*

7

HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28